IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| PATRICK ORLANDO BALLARD, § <br> # 654049 § <br> § <br> v. §    CIVIL ACTION NO. G-06-177 <br> § <br> § <br> NATHANIEL QUARTERMAN, § <br> DIRECTOR OF TDCJ-CID § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 2nd day of February, 2007.

_____
Samuel B. Kent
United States District Judge